**Order entered December 11, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01520-CR
No. 05-16-01521-CR

**QIAN HOKASHI-MECHALITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 296-81904-2016 & 296-81905-2016**

## ORDER

We **REINSTATE** these appeals.

On November 3, 2017, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On December 6, 2017, we received appellant's brief and a motion to extend time to file the same. In the interest of expediting these appeals and because findings are no longer necessary, we **VACATE** our November 3, 2017 order.

We **GRANT** appellant's December 6, 2017 motion and **ORDER** appellant's brief filed as of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court; to Stephanie Hudson; and to the Collin County District Attorney's Office.


/s/     LANA MYERS
        JUSTICE